**2006–0738.   Disciplinary Counsel v. Manning.**
Board of Commissioners on Grievances and Discipline, No. 05–044. Reported at 111 Ohio St.3d 349,

2006-Ohio-5794, 856 N.E.2d 259. On motion for reconsideration. Motion denied.

CUPP, J., not participating.